# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JACQUELINE S. SIMMONS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:18-CV-2116-CM-JPO |
| ) | |
| **MIDWEST MEDICAL SPECIALISTS,** ) | |
| **P.A.** ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Pro. 41, the Parties in the above-captioned matter, by and through their respective attorneys of record, hereby stipulate that all claims in this matter are dismissed with prejudice, with each party to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ John J. Ziegelmeyer III* _____ | */s/ Karen J. Halbrook* _____ |
| John J. Ziegelmeyer III    (KS #23003) | Karen J. Halbrook        (KS #14299) |
| HKM EMPLOYMENT ATTORNEYS LLP | M. Jared Marsh          (KS #21111) |
| 1501 Westport Road | HALBROOK WOOD, P.C. |
| Kansas City, Missouri 64111 | 3500 W. 75th Street, Suite 300 |
| TEL: (816) 875-3332 | Prairie Village, Kansas 66208 |
| EMAIL: jziegelmeyer@hkm.com | TEL: (913) 529-1188 |
| ATTORNEY FOR PLAINTIFF | FAX: (913) 529-1199 |
| | EMAIL: khalbrook@halbrookwoodlaw.com |
| | EMAIL: jmarsh@halbrookwoodlaw.com |
| | ATTORNEYS FOR DEFENDANT |